IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 C 6992 |
| | ) | |
| | ) | Judge Cole |
| | ) | presiding |
| NATIONAL CITY BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff Jeff Foster, by his attorney, John J. Lydon, respectfully moves this court to enforce the oral settlement agreement reached between the parties at the settlement conference on January 8, 2007. In support thereof states as follows:

1. The parties reached a settlement of this case at a settlement conference with this court on January 8, 2007. The parties agreed that the Defendant would cause the negative credit item that was the subject of the dispute to be removed from the Plaintiff's credit report within fourteen days and National City would pay the Plaintiff $265,000.00. The parties would prepare a written settlement agreement containing a release of claims by the Plaintiff and the lawsuit would be dismissed.

2. The Defendant failed to cause the negative credit item to be removed until late April 2007.

3. The Plaintiff has sustained damages because of this failure. The Plaintiff seeks compensation for those damages in an amount to be determined by the court.

WHEREFORE Plaintiff Jeff Foster respectfully requests that this court award him

damages for the failure of the Defendant to remove the negative credit item within the time agreed.

                                                        Respectfully submitted,
                                                        Jeff Foster,

                                                        By: _____
                                                             Jeffrey Foster

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

## CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that I served the above Motion by means of the Clerk of the Court's electronic filing system which sends mailing an computer file copy thereof to those counsel in the case which have registered to receive such copies on May 23, 2007. In addition, I caused two copies of this notice to be delivered to the Clerk of the Court's office on the 20th floor of the Dirksen Federal Building on the date hereof.

                                                            /s/ John J. Lydon